# United States District Court

United States District Court
Southern District of Texas
FILED
SEP - 2 2016
David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Mariano FLORES-Benavides

## CRIMINAL COMPLAINT

Case Number: M-16-1653-M

AKA:
IAE  YOB: 1973
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 16, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On August 16, 2016, Mariano FLORES-Benavides a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on September 2, 2016. Record checks revealed the defendant was formally removed from the United States to Mexico for the fourth (4th) time on April 2, 2010 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about February 13, 2012 by wading the Rio Grande River at or near Hidalgo, Texas. On June 16, 2008, the defendant was convicted of 8 USC 1326- Being found in the U.S. after previous deportation and sentenced to twenty-four (24) months and twenty (20) days to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA T. Trevino

Signature of Complainant

Jessamyn Murphy
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 2, 2016   9:01 a.m. at McAllen, Texas
Date                                City and State

Peter E. Ormsby   U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer